[No. 13852-9-I.   Division One.   January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
BLAKE CASTER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 4511, Gerald L. Knight, J., entered October 5, 1983. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Williams and Durham, JJ.

[No. 11786-6-I.   Division One.   January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00064-3, Frank D. Howard, J., entered April 28, 1982. *Reversed* by unpublished opinion per Scholfield, A.C.J., concurred in by Ringold and Durham, JJ.

[No. 5763-1-III.   Division Three.   January 15, 1985.]

TED A. SAWYER, *Respondent,* v. BRUCE W.
CONE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81-2-00844-2, Fred R. Staples, J., entered March 22, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, J., and Hopkins, J. Pro Tem.